**2007–1760.   Lager v. Miller–Gonzalez.**

Lucas App. No. L–07–1022, 2007-Ohio-4094. Discretionary appeal accepted and cause consolidated with 2007–1762, *Lager v. Miller–Gonzalez*, Lucas App. No. L–07–1022, 2007-Ohio-4094.

PFEIFER, J., dissents.

LANZINGER and CUPP, JJ., not participating.